| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Baylson, Michael M | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. Of Pa. | 3. Date of Report<br><br>5/15/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>-1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2002 | Duane Morris LLP; $80,000 per year for five years, commencing in 2003. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | ██████████ M.D., Philadelphia Fertility Institute |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | margin loan | K |
| 2. Wachovia Securities | margin loan | J |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| Baylson, Michael M | | | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T Wireless Service Inc. | | None | J | T | merger | 10/27 | J | NA | |
| 2. Avaya | | None | J | T | | | | | |
| 3. Bellsouth Corp. | A | Dividend | K | T | | | | | |
| 4. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 5. Motorola Inc. | A | Dividend | J | T | | | | | |
| 6. Qwest Communications Intn. Inc. | | None | J | T | | | | | |
| 7. SBC Communications Inc. | B | Dividend | L | T | | | | | |
| 8. Verizon Communications | B | Dividend | L | T | | | | | |
| 9. Viacom Inc. Class B | | None | J | T | | | | | |
| 10. Israel State 15 Yr Dollar Current Income Bond 7th | A | None | J | T | | | | | |
| 11. Command Money Fund | A | None | J | T | | | | | |
| 12. AT&T Corp. | A | Dividend | J | T | | | | | |
| 13. AT&T Wireless Services, Inc. | | None | J | T | merger | 10/27 | J | B | |
| 14. BP Plc Sponsored ADR | A | Dividend | K | T | | | | | |
| 15. Certegy Inc. | | None | K | T | | | | | |
| 16. Choicepoint Inc. | | None | J | T | | | | | |
| 17. Comcast Corp. Class A | | None | J | T | | | | | |
| 18. Comcast Corp. Class A Special | | None | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Compaq Computer Corp. | A | Dividend | J | T | | | | | |
| 20. Conoco Inc. Class B | A | Dividend | J | T | | | | | |
| 21. Delphi Automotive Systems Corp. | A | Dividend | J | T | | | | | |
| 22. DuPont E.I. DeNemours & Co. | A | Dividend | J | T | | | | | |
| 23. Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 24. Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 25. Electronic Data Systems Corp. | | None | J | T | | | | | |
| 26. Equifax Inc. | A | Dividend | K | T | | | | | |
| 27. Exelon Corp. | A | Dividend | J | T | | | | | |
| 28. E4L Inc. | | None | J | T | | | | | |
| 29. Fleetboston Financial Corp. | B | Dividend | K | T | | | | | |
| 30. General Electric Co. | C | Dividend | M | T | | | | | |
| 31. General Motors Corp. | A | Dividend | J | T | | | | | |
| 32. General Motors Corp. Class H New | | None | J | T | | | | | |
| 33. Hudson United Bancorp. | A | Dividend | K | T | | | | | |
| 34. Inkine Pharmaceutical Co., Inc. | | None | K | T | | | | | |
| 35. International Business Machines | A | Dividend | L | T | | | | | |
| 36. J.P. Morgan Chase & Co. Common New | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Keycorp. New | A | Dividend | J | T | | | | | |
| 38. Lucent Technologies Inc. | A | Dividend | J | T | Buy | 12/03 | J | | |
| 39. MHM Services Inc. | | None | J | T | Sell | 3/10 | J | A | |
| 40. Motorola Inc. | A | Dividend | J | T | | | | | |
| 41. News Corporation Limited ADR New | | None | J | T | | | | | |
| 42. PNC Financial Services Corp. | C | Dividend | L | T | | | | | |
| 43. Prologis Trust SBI | B | Dividend | K | T | | | | | |
| 44. Tele Norte Leste Participacoes ADR | | None | J | T | | | | | |
| 45. Telecommunicacoes De Sao Paulo Sponsored ADR | A | Dividend | J | T | | | | | |
| 46. Telefonica De Espana SA Sponsored ADR | | None | J | T | | | | | |
| 47. TPI Enterprise, Inc. | | None | J | T | | | | | |
| 48. Verizon Communications | C | Dividend | L | T | | | | | |
| 49. Wachovia Corp. 2nd | C | Dividend | K | T | | | | | |
| 50. Walmart De Mexico SA Sponsored ADR | | None | J | T | | | | | |
| 51. Western Digital Corp. Del | | None | J | T | | | | | |
| 52. Telecommunicacoes Brasileiras SA Telebras Pr. | | None | J | T | | | | | |
| 53. Telecommunicacoes Brasileiras SA Spon ADR | | None | K | T | | | | | |
| 54. Telefonica Data Brasil Holdings Spon ADR | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Franklin Mutual Ser Fund Inc. | | None | K | T | | | | | |
| 56. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 57. CMF Money Market Portfolio | | None | J | T | | | | | |
| 58. Bestnet Communications Inc. | | None | J | T | | | | | |
| 59. Comcast Corp. Class A | | None | J | T | | | | | |
| 60. Comcast Corp. Class A Special | | None | J | T | | | | | |
| 61. Hudson United Bancorp. | A | Dividend | K | T | Sell | 7/14 | K | D | |
| 62. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 63. PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 64. Bay View Capital Corp. | | None | J | T | Sell partial | 6/10 | J | B | |
| 65. Bestnet Communications Corp. | | None | J | T | | | | | |
| 66. Cisco Systems Inc. | | None | J | T | | | | | |
| 67. CBRX | | None | J | T | | | | | |
| 68. Covad Communications Group | | None | J | T | | | | | |
| 69. Covalent Group Inc. | | None | K | T | Sell | 1/23 | K | D | |
| 70. Inkine Pharmaceutical Co., Inc. | | None | L | T | | | | | |
| 71. Intel Corp. | | None | K | T | | | | | |
| 72. Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. | Mellon Financial Corp. | A | Dividend | J | T | Sell | 1/28 | J | A | |
| 74. | Nokia Corp. ADR | | None | K | T | | | | | |
| 75. | Oracle Corp. | | None | J | T | | | | | |
| 76. | Pfizer Inc. | A | Dividend | K | T | Sell | 1/28 | K | C | |
| 77. | Qualcomm Communications | | None | K | T | Sell partial | 1/28 | J | D | |
| 78. | Qwest Communications International Inc. | | None | J | T | | | | | |
| 79. | Resource America Inc. Class A Com | | None | | | Sell | 1/28 | K | D | |
| 80. | Rite Aid Corp. | | None | K | T | Sell partial | 1/28 | K | D | |
| 81. | Safeguard Scientifics Inc. | | None | J | T | | | | | |
| 82. | Sun Microsystems Inc. | | None | J | T | | | | | |
| 83. | Verizon Communications | | None | J | T | | | | | |
| 84. | Worldcom Inc. | | None | J | T | | | | | |
| 85. | Worldcom Inc. MCI Group | | None | J | T | | | | | |
| 86. | Government of Israel | A | Interest | J | T | | | | | |
| 87. | Advanced Reproductive Care | | None | J | W | | | | | |
| 88. | Baumrin et al Partnership | | None | K | W | | | | | |
| 89. | BC Partnership | G | Rent | O | W | | | | | |
| 90. | Duane Morris, LLP | F | Income | N | U | Redemption | 1/28 | N | E | Self |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. | IRA - Vanguard Star Fund | C | Dividend | L | T | Buy | 4/15 | J | NA | |
| 92. | Duane Morris Schwab Vanguard Growth Equity | D | Dividend | M | T | | | | | |
| 93. | Duane Morris Schwab Institutional Large Cap Value | D | Dividend | M | T | | | | | |
| 94. | Duane Morris Schwab Sound Shore | D | Dividend | M | T | | | | | |
| 95. | Duane Morris Schwab StoneRidge Small Cap | | None | M | T | | | | | |
| 96. | Duane Morris Schwab First Eagle SoGen Bond Service | E | Dividend | M | T | | | | | |
| 97. | Duane Morris Schwab Blackrock Core Bond Service | B | Interest | M | T | | | | | |
| 98. | Duane Morris Schwab Marvin & Palmer Global Portfolio | D | Interest | L | T | | | | | |
| 99. | Philadelphia Fertility Institute | G | salary | N | U | | | | | |
| 100. | Pennsylvania Reproductive Assoc. | | None | M | U | | | | | |
| 101. | Clinton Endocrine Assoc. | | None | L | U | | | | | |
| 102. | Fertility Testing Lab | | None | J | U | | | | | |
| 103. | SupplyForce.com | | None | J | W | Sell | 1/28 | J | NA | |
| 104. | Fiberzone.com | | None | J | W | worthless | NA | NA | NA | |
| 105. | MSDW Equity | C | Dividend | K | T | | | | | |
| 106. | MSDW Small Cap Value | C | Dividend | K | T | | | | | |
| 107. | MSDW Mid Cap Growth | C | Dividend | K | T | | | | | |
| 108. | MSDW Cash Reserve | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. MSDW Mid Cap Value | C | Dividend | K | T | | | | | |
| 110. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 111. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 112. Vanguard High Yield Corp. Fund | A | Interest | J | T | | | | | |
| 113. Brandywine Mutual Fund | D | Dividend | O | T | | | | | |
| 114. MSDW UGMA Equity | B | Dividend | J | T | | | | | |
| 115. MSDW UGMA Small Cap | B | Dividend | J | T | | | | | |
| 116. MSDW UGMA Mid Cap Growth | B | Dividend | K | T | | | | | |
| 117. Great Western Account | B | Dividend | M | T | | | | | |
| 118. Honeywell | A | Dividend | J | T | | | | | |
| 119. Washington Mutual | | None | J | T | | | | | |
| 120. Greenspan-Baylson Partnership | D | Dividend | L | U | Buy | vary | K | | |
| 121. Agere System Inc. | | None | J | T | | | | | |
| 122. Nortel | | None | J | T | | | | | |
| 123. Taro | | None | J | T | Buy | 6/04 | J | | |
| 124. Teva | | None | J | T | Buy | 6/04 | J | | |
| 125. BB Partnership | | None | K | W | | | | | |
| 126. Zabecor | | None | K | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Planet Data Acq. | | None | R | W | Buy | 1/04 | K | | |
| 128. MSDW Fixed Income | D | Dividend | M | T | | | | | |
| 129. Gabelli Asset Fund | | None | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____            Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544